IN THE UNITED STATES DISTRICT COURT

IN AND FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| Howard Levey, John and Susan L. Walter, h/w<br>and<br>Allstate Insurance Company<br><br>     Plaintiffs<br><br>     v.<br><br>Boat America Corporation,<br>and<br>Delaware Bay Launch Service, Inc.,<br><br>     Defendants. | C.A. NO. 06 - 510<br><br>**DEMAND FOR NON-JURY TRIAL** |

**SUMMONS**

TO: Boat America Corporation
   880 South Pickett Street
   Alexandria, VA  22304


   Delaware Bay Launch Service, Inc.
   100 Passwaters Drive
   Milford, DE  19963

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFFS' ATTORNEY:

   Charles M. Oberly, III, Esq.
   Oberly, Jennings & Rhodunda, P.A.
   1220 Market Street, Suite 710
   P.O. Box 2054
   Wilmington, DE 19899

an answer to the complaint which is served on you with this summons, within __20__ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

PETER T. DALLEO

_____     8-17-06
CLERK                DATE

_____
(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me(1) | DATE 8/18/06 |
| NAME OF SERVER (PPJNT) GRANVILLE MORRIS | TITLE SPECIAL PROCESS SERVER |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify): SERVED: BOAT AMERICA CORPORATION C/O THE DELAWARE SECRETARY OF STATE DOVER, DE COPIES THEREOF WERE ACCEPTED BY JAMIE STONE

**STATEMENT OF SERVICE FEES**

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  8/18/06
               Date

*Signature of Server*
BRANDYWINE PROCESS SERVERS, LTD.
P.O. BOX 1360
WILMINGTON, DE 19899-1360
302-475-2600

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

IN THE UNITED STATES DISTRICT COURT

IN AND FOR THE DISTRICT OF DELAWARE

Howard Levey, John and Susan L. Walter, h/w
and
Allstate Insurance Company

        Plaintiffs

    v.

Boat America Corporation,
and
Delaware Bay Launch Service, Inc.,

        Defendants.

C.A. NO. 06-510

**DEMAND FOR NON-JURY TRIAL**

**SUMMONS**

TO:    Boat America Corporation
        c/o Robert McCann, Registered Agent
        132 Sunset Blvd., #16-20
        New Castle, DE 19720

        Delaware Bay Launch Service, Inc.
        c/o H. Hickman Rowland, Jr., Registered Agent
        120 The Strand
        New Castle, DE 19720

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFFS' ATTORNEY:

    Charles M. Oberly, III, Esq.
    Oberly, Jennings & Rhodunda, P.A.
    1220 Market Street, Suite 710
    P.O. Box 2054
    Wilmington, DE 19899

an answer to the complaint which is served on you with this summons, within __20__ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

PETER T. DALLEO
CLERK

8-17-06
DATE

_____
(By) DEPUTY CLERK

• AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me(1) | DATE 8/18/06 |
| NAME OF SERVER (PPJNT) DENORRIS BRITT | TITLE SPECIAL PROCESS SERVER |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
   Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify):  SERVED: BOAT AMERICA CORPORATION C/O ROBERT MCCANN AT 132 SUNSET BLVD. NEW CASTLE, DE COPIES THEREOF WERE ACCEPTED BY STEVE HADLEY

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  8/18/06
              Date

*Signature of Server*
BRANDYWINE PROCESS SERVERS, LTD.
P.O. BOX 1360
WILMINGTON, DE 19899-1360
302- 475-2600

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

IN THE UNITED STATES DISTRICT COURT

IN AND FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| Howard Levey, John and Susan L. Walter, h/w and Allstate Insurance Company<br><br>Plaintiffs<br><br>v.<br><br>Boat America Corporation, and Delaware Bay Launch Service, Inc.,<br><br>Defendants. | C.A. NO. 06 - 510<br><br>**DEMAND FOR NON-JURY TRIAL** |

**SUMMONS**

TO:    Boat America Corporation
c/o Robert McCann, Registered Agent
132 Sunset Blvd., #16-20
New Castle, DE 19720

Delaware Bay Launch Service, Inc.
c/o H. Hickman Rowland, Jr., Registered Agent
120 The Strand
New Castle, DE 19720

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFFS' ATTORNEY:

Charles M. Oberly, III, Esq.
Oberly, Jennings & Rhodunda, P.A.
1220 Market Street, Suite 710
P.O. Box 2054
Wilmington, DE 19899

an answer to the complaint which is served on you with this summons, within __20__ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

PETER T. DALLEO              8-17-06
_____   _____
CLERK                                                                  DATE

_____
(By) DEPUTY CLERK

· AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and complaint was made by me(1) | DATE 8/18/06 |
| NAME OF SERVER (PPJNT) DENORRIS BRITT | TITLE SPECIAL PROCESS SERVER |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify): SERVED: DELAWARE BAY LAUNCH SERVICE AT 120 THE STRAND NEW CASTLE, DE COPIES THEREOF WERE ACCEPTED BY CAREE ROWLAND

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  8/18/06
          Date

*Signature of Server*
BRANDYWINE PROCESS SERVERS, LTD.
P.O. BOX 1360
WILMINGTON, DE 19899-1360
302- 475-2600

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

IN THE UNITED STATES DISTRICT COURT

IN AND FOR THE DISTRICT OF DELAWARE

Howard Levey, John and Susan L. Walter, h/w
and
Allstate Insurance Company

       Plaintiffs

       v.

Boat America Corporation,
and
Delaware Bay Launch Service, Inc.,

       Defendants.

C.A. NO. 06-510

**DEMAND FOR NON-JURY TRIAL**

**SUMMONS**

TO:   Boat America Corporation
       880 South Pickett Street
       Alexandria, VA 22304

       Delaware Bay Launch Service, Inc.
       100 Passwaters Drive
       Milford, DE 19963

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFFS' ATTORNEY:

       Charles M. Oberly, III, Esq.
       Oberly, Jennings & Rhodunda, P.A.
       1220 Market Street, Suite 710
       P.O. Box 2054
       Wilmington, DE 19899

an answer to the complaint which is served on you with this summons, within __20__ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

PETER T. DALLEO
CLERK

8-17-06
DATE

_____
(By) DEPUTY CLERK

• AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me(1) | 8/18/06 |

| NAME OF SERVER (PRINT) | TITLE |
|---|---|
| GRANVILLE MORRIS | SPECIAL PROCESS SERVER |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify):  SERVED: DELAWARE BAY LAUNCH SERVICE AT 100 PASSWATERS DR. MILFORD, DE COPIES THEREOF WERE ACCEPTED BY DAVID LEWIS

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  8/18/06
               Date

*Signature of Server*
BRANDYWINE PROCESS SERVERS, LTD.
P.O. BOX 1360
WILMINGTON, DE 19899-1360
302-475-2600

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.