IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| HOWARD LEVEY, JOHN and SUSAN L. WALTER, h/w, and ALLSTATE INSURANCE COMPANY, | )<br>) C.A. No. 06-510<br>)<br>) |
| Plaintiffs, | )<br>) |
| v. | )<br>) |
| BOAT AMERICA CORPORATION and DELAWARE BAY LAUNCH SERVICE, INC., | )<br>)<br>) |
| Defendant. | |

### ENTRY OF APPEARANCE

Please enter the appearance of William J. Cattie, III, Esq. and George T. Lees, III, Esq. as attorneys for the defendant, Boat America Corporation.

                                                        RAWLE & HENDERSON LLP

                                                        William J. Cattie, III, Esq. – ID # 953
                                                        George T. Lees, III, Esq. – ID # 4012
                                                        300 Delaware Avenue, Suite 1015
                                                        P. O. Box 588
                                                        Wilmington, DE 19899-0588
                                                        302-778-1200
                                                        Attorneys for Defendant
                                                        Boat America Corporation

Dated: September 5, 2006

1350494 v.1

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| HOWARD LEVEY, JOHN and SUSAN L. WALTER, h/w, and ALLSTATE INSURANCE COMPANY,<br><br>Plaintiffs,<br><br>v.<br><br>BOAT AMERICA CORPORATION and DELAWARE BAY LAUNCH SERVICE, INC.,<br><br>Defendant. | )<br>)  C.A. No. 06-510<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

### CERTIFICATE OF SERVICE

I, William J. Cattie, III, Esquire, do hereby certify that on September 5, 2006, I have caused to be sent via First Class Mail the **ENTRY OF APPEARANCE** to the following individual(s):

> Charles M. Oberly, III
> Oberly, Jennings & Rhodunda
> 1220 Market Street, Ste. 710
> P.O. Box 2054
> Wilmington, DE 19899-2054
> Attorney for Plaintiff

RAWLE & HENDERSON LLP

_____
William J. Cattie, III, Esq. – ID # 953
300 Delaware Avenue, Suite 1015
P. O. Box 588
Wilmington, DE 19899-0588
302-778-1200
Attorneys for Defendant,
Boat America Corporation

1350494 v.1