IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| HOWARD LEVEY, JOHN and SUSAN L. WALTER, h/w, and ALLSTATE INSURANCE COMPANY,<br><br>        Plaintiffs,<br><br>v.<br><br>BOAT AMERICA CORPORATION and DELAWARE BAY LAUNCH SERVICE, INC.,<br><br>        Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)   C.A. No. 06-510 |

## STIPULATION TO EXTEND TIME

It is hereby agreed and stipulated by the attorneys for the undersigned parties, subject to approval by the Court, that Boat America Corporation has an extension to respond to the Complaint through September 15, 2006.

| **OBERLY, JENNINGS & RHODUNDA** | **RAWLE & HENDERSON LLP** |
|---|---|
| /s/ Charles M. Oberly, III | /s/ William J. Cattie, III |
| Charles M. Oberly, III | William J. Cattie, Esq. |
| I.D. No. 743 | I.D. No. 953 |
| 1220 Market Street, Ste. 710 | 300 Delaware Avenue, Suite 1015 |
| P.O. Box 2054 | P. O. Box 588 |
| Wilmington, DE 19899-2054 | Wilmington, DE 19899-0588 |
| Attorney for Plaintiff | Attorney for Defendant<br>Boat America Corporation |
| DATED: September 8, 2006 | DATED: September 8, 2006 |

IT IS SO ORDERED this _____ day of _____, 2006.

                                     _____
                                        Joseph J. Farnan, Jr., J.