IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| Howard Levey, John and Susan L. Walter, h/w and<br>Allstate Insurance Company,<br>　　　　　　　　　　Plaintiffs,<br>　　v.<br>Boat America Corporation<br>and<br>Delaware Bay Launch Service, Inc.,<br>　　　　　　　　　　Defendants. | C.A. No. 1:06-cv-510 |

## MOTION AND ORDER FOR ADMISSION PRO HAC VICE

Charles M. Oberly, III, a member of the bar of this Court, pursuant to Local Rule 83.5 and the attached certification, moves the admission pro hac vice of Stephen K. Carr, Esquire of the law firm of Stephen K. Carr Attorney At Law, to represent plaintiffs Howard Levey, John and Susan L. Walter, h/w, and Allstate Insurance Company in this matter. The Admittee is admitted, practicing and in good standing in State of Pennsylvania. The Admittee's certification for admission is attached hereto.

　　　　　　　　　　　　　　　　　　　　　CHARLES M. OBERLY, III (743)
　　　　　　　　　　　　　　　　　　　　　Oberly, Jennings & Rhodunda, P.A.
　　　　　　　　　　　　　　　　　　　　　1220 Market Street, Suite 710, P.O. Box 2054
　　　　　　　　　　　　　　　　　　　　　Wilmington, DE 19899
　　　　　　　　　　　　　　　　　　　　　(302)576-2000
Dated: 9/14/06　　　　　　　　　　　　　　Attorney for Plaintiffs

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED counsel's motion for admission pro hac vice is granted.

Dated: _____, 2006　　　　_____
　　　　　　　　　　　　　　　　　　　United States District Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

Howard Levey, John and Susan L. Walter, h/w
and
Allstate Insurance Company,
               Plaintiffs,

        v.

Boat America Corporation
and
Delaware Bay Launch Service, Inc.,
               Defendants.

C.A. No. 1:06-cv-510

## **CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE**

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted to practice and in good standing as a member of the Bar of the State of Pennsylvania, and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules.

Dated: 9/14/06

_____
**STEPHEN K. CARR, ESQUIRE (9896)**
6057 Schlentz Hill Road
Pipersville, PA 18947
(215) 766-0642

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

Howard Levey, John and Susan L. Walter, h/w
and
Allstate Insurance Company,
                Plaintiffs,

v.

Boat America Corporation
and
Delaware Bay Launch Service, Inc.,
                Defendants.

C.A. No. 1:06-cv-510

## CERTIFICATE OF SERVICE

      I hereby certify that on this date, I caused true and correct copies of the foregoing Motion and Order for Admission Pro Hac Vice for Stephen K. Carr, Esquire to be served via e-filing and first class mail, postage prepaid upon the following:

Michael B. McCauley, Esq., #2416
Palmer Beizup & Henderson
1223 Foulk Road
Wilmington, DE 19803
Attorney for Delaware Bay Launch
Service, Inc.

William J. Cattie, III, Esq., #953
George T. Lees, III, Esq., #4012
300 Delaware Ave., Suite 1015
P. O. Box 588
Wilmington, DE 19899-0588
Attorneys for Boat America Corporation

**OBERLY, JENNINGS & RHODUNDA, P.A.**

*/s/ Charles M. Oberly*
**CHARLES M. OBERLY, III, ESQ. (743)**
1220 Market Street, Suite 710
P. O. Box 2054
Wilmington, DE 198999
302/576-2000

Date: 9/14/06