# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF DELAWARE

---

Howard Levey, John and Susan L. Walter, h/w  :
*and*                                          :
Allstate Insurance Company                     :
                   Plaintiffs   :
                                        :    C.A. No. 1:06-cv-510 JJF
            V.                           :
                                        :
Boat America Corporation,                      :
*and*                                          :
Delaware Bay Launch Service, Inc.              :
                 Defendants  ;

---

## ANSWER OF PLAINTIFFS TO DEFENDANT
## DELAWARE BAY LAUNCH SERVICE, INC.'S COUNTERCLAIM

      Plaintiffs, Howard Levey, John and Susan L. Walter, h/w, and Allstate Insurance Company, by and through their attorneys, Charles M. Oberly, III and Stephen K. Carr, hereby Answer Defendant Delaware Bay Launch Service, Inc.'s Counterclaim as follows:

      1.     No responsive pleading is necessary to this paragraph.

      2.     Denied.  Plaintiffs deny that any damages were caused by any fault or neglect on their part, individually or jointly, and further deny that each of the Plaintiffs is liable to the other or Allstate, jointly or individually.

      3.     Denied.  Plaintiffs deny the allegation of liability individually or jointly set forth in paragraph 3 of the Counterclaim of Defendant Delaware Bay Launch Service, Inc., and that

-2-

it is entitled to indemnity and/or contributions from each of the Plaintiffs, individually or jointly and severally.

**OBERLY, JENNINGS & RHODUNDA**

*/s/ Charles M. Oberly, III*

**_____**
**CHARLES M. OBERLY, III, ESQ. (743)**
**1220 Market Street, Suite 710**
**P. O. Box 2054**
**Wilmington, DE  19899**
**(302) 576-2000**

*/s/ Stephen K. Carr*

**_____**
**STEPHEN K. CARR, ESQ. (9896)**
**6057 Schlentz Hill Road**
**Pipersville, PA  18947**
**(215) 766-0642**

**Date:  September 27, 2006**          **Attorneys for Plaintiffs**

# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF DELAWARE

---

Howard Levey, John and Susan L. Walter, h/w    :
*and*    :
Allstate Insurance Company    :
                        Plaintiffs    :
                              :    C.A. No. 1:06-cv-510 JJF
            V.    :
                              :
Boat America Corporation,    :
*and*    :
Delaware Bay Launch Service, Inc.    :
                        Defendants    ;

---

## CERTIFICATE OF SERVICE

I hereby certify that on this date, I caused true and correct copies of the foregoing Answer of Plaintiffs to Defendant Delaware Bay Launch Service, Inc.'s Counterclaim to be served via e-filing and first class mail, postage prepaid upon the following:

William J. Cattie, III, Esq., #953          Michael B. McCauley, Esq., #2416
George T. Lees, III, Esq., #4012           Palmer Beizup & Henderson
300 Delaware Avenue, Suite 1015            1223 Foulk Road
P. O. Box 588                              Wilmington, DE  19803
Wilmington, DE  19899-0588                 Attorney for Delaware Bay Launch
Attorneys for Boat America Corporation     Service, Inc.

**OBERLY, JENNINGS & RHODUNDA**


*/s/ Charles M. Oberly, III*
_____
**CHARLES M. OBERLY, III, ESQ. (743)**
**1220 Market Street, Suite 710**
**P. O. Box 2054**
**Wilmington, DE  19899**
**(302) 576-2000**
**Date:  September 27, 2006**          **Attorney for Plaintiffs**