# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| HOWARD LEVEY, JOHN and SUSAN L. WALTER, h/w, and ALLSTATE INSURANCE COMPANY, | ) ) ) ) C.A. No. 06-510 JJF |
| Plaintiffs, | ) ) |
| v. | ) ) |
| BOAT AMERICA CORPORATION and DELAWARE BAY LAUNCH SERVICE, INC., | ) ) ) ) |
| Defendant. | ) |

## CERTIFICATE OF SERVICE

I, William J. Cattie, III, Esquire, do hereby certify that on January 8, 2007, I have caused to be sent via E-filing the **INITIAL DISCLOSURES OF BOAT AMERICA CORPORATION** to the following individual(s):

Charles M. Oberly, III
Oberly, Jennings & Rhodunda
1220 Market Street, Ste. 710
P.O. Box 2054
Wilmington, DE  19899-2054
Attorney for Plaintiffs

Michael B. McCauley, Esq.
Palmer Biezup & Henderson, LLP
1223 Foulk Road
Wilmington, DE  19803
Attorney for Defendant Delaware Bay Launch Service, Inc.

**RAWLE & HENDERSON LLP**

/s/ William J. Cattie, III  #953
William J. Cattie, III, Esq. – ID # 953
300 Delaware Avenue, Suite 1015
P. O. Box 588
Wilmington, DE 19899-0588
302-778-1200
Attorneys for Defendant,
Boat America Corporation

**Error! Unknown document property name.Error! Unknown document property name.**