IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| Howard Levey, John and Susan L. Walter, h/w :<br>*and* :<br>Allstate Insurance Company :<br>　　　　　　　　　　Plaintiffs :<br>　　　　　　　　　　　　　　　　 :<br>　　　　V. :<br>　　　　　　　　　　　　　　　　 :<br>Boat America Corporation, :<br>*and* :<br>Delaware Bay Launch Service, Inc. :<br>　　　　　　　　　　Defendants ; | C.A. No. 06-510 JJF |

**CERTIFICATE OF SERVICE**

　　　　　I, Charles M. Oberly, III, do hereby certify that on January 10, 2007, I have caused to be sent via fax and first-class mail the foregoing Plaintiffs' Initial Disclosures on the following counsel:

| | |
|---|---|
| Michael B. McCauley, Esq.<br>Palmer Biezup & Henderson, LLP<br>1223 Foulk Road<br>Wilmington, DE  19803<br>Fax:  302/478-7625<br>Attorney for Delaware Bay Launch Services, Inc. | William J. Cattie, III, Esq.<br>Rawle & Henderson, LLP<br>300 Delaware Avenue, Suite 1015<br>Wilmington, DE  19801<br>Fax:  302/778-1400<br>Attorney for Boat America Corporation |

**OBERLY, JENNINGS & RHODUNDA**

*/s/ Charles M. Oberly, III*
_____
**Charles M. Oberly, III, Esq., ID #743
1220 Market Street, Suite 710
P. O. Box 2054
Wilmington, DE  19899
302/576-2000
Attorney for Plaintiffs**