# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF DELAWARE

|   |   |   |
|---|---|---|
| HOWARD LEVEY, JOHN and SUSAN L. WALTER, h/w, and ALLSTATE INSURANCE COMPANY, | ) ) ) | C.A. No. 06-510 JJF |
|  | ) |  |
| Plaintiffs, | ) ) |  |
| v. | ) ) |  |
| BOAT AMERICA CORPORATION and DELAWARE BAY LAUNCH SERVICE, INC., | ) ) ) | |
|  | ) |  |
| Defendant. | ) |  |

## STATEMENT OF COUNSEL

1.    As counsel for Defendant Boat America Corporation, I contacted counsel for Plaintiffs and the Co-Defendant [Exhibit "A"].

2.    Co-Defendant has no opposition to the Motion for Leave to File a Third-Party Complaint.

3.    Plaintiffs have not responded as to their position [Exhibit "B"].

RAWLE & HENDERSON LLP

William J. Cattie, III, Esq. – ID # 953
300 Delaware Avenue, Suite 1015
P. O. Box 588
Wilmington, DE 19899-0588
302-778-1200
Attorney for Defendant,
Boat America Corporation

Dated: January 26, 2007

# EXHIBIT A

# RAWLE & HENDERSON LLP





The Nation's Oldest Law Office • *Established in 1783*

**www.rawle.com**

WILLIAM J. CATTIE, III
302-778-1200
wcattie@rawle.com

300 DELAWARE AVENUE
SUITE 1015, P.O. BOX 588
WILMINGTON, DE 19899-0588

TELEPHONE:(302) 778-1200
FACSIMILE:(302) 778-1400

January 18, 2007

Charles M. Oberly, III, Esq.
Oberly, Jennings & Rhodunda
1220 Market Street, Ste. 710
P.O. Box 2054
Wilmington, DE 19899-2054

Michael B. McCauley, Esq.
Palmer Biezup & Henderson, LLP
1223 Foulk Road
Wilmington, DE 19803

RE:    Howard Levey, John and Susan L. Walter, h/w, and
       Allstate Insurance Company v. Boat America Corporation
       and Delaware Bay Launch Service, Inc.
       C.A. No. 06-510
       Our File No. 301202

Dear Charlie and Mike:

I will be filing a Motion for Leave to File a Third-Party Complaint against Delmarva Towing & Salvage a/k/a Southern Delaware Towing and Salvage. A copy of the Third-Party Complaint is attached. I need to advise the Court if it will be opposed under Local Rule 7.1.1. Would you please let me know as soon as possible your position so that I can put it into my Statement of Counsel.

Very truly yours,

RAWLE & HENDERSON LLP

By:    *William J. Cattie*
       William J. Cattie, III

WJC/lmm

---

## Lisa McCloskey

**From:**   Lisa McCloskey

**Sent:**   Thursday, January 18, 2007 4:58 PM

**To:**   'coberly@ojlaw.com'

**Cc:**   'mccauley@pbh.com'

**Subject:** Levey, et al v. Boat America, et al.

Please see the attached from William J. Cattie, III.

Lisa McCloskey
Secretary to William J. Cattie, III
Rawle & Henderson, LLP
300 Delaware Avenue
P.O. Box 588
Wilmington, DE  19899
Phone:  (302) 778-1200
Fax:  (302) 778-1400

# EXHIBIT B

**William J. Cattie, III**

| | |
|---|---|
| **From:** | William J. Cattie, III |
| **Sent:** | Thursday, January 25, 2007 4:24 PM |
| **To:** | 'COBERLY@OJLAW.COM' |
| **Subject:** | LEVEY |

Charlie,

What is your position on my Motion.  I have to file tomorrow.

Bill