IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

HOWARD LEVEY, JOHN AND SUSAN L. WALTER, h/w, and ALLSTATE INSURANCE COMPANY,

    Plaintiffs,

v.

BOAT AMERICA CORPORATION
and
DELAWARE BAY LAUNCH SERVICE, INC.,

    Defendants.

C. A. No. 06-510-JJF

## NOTICE OF SERVICE

**PLEASE TAKE NOTICE** that on February 1, 2007, copies of Plaintiffs' Interrogatories Directed to Defendant Delaware Bay Launch Service, Inc. were served upon the following counsel of record in the matter indicated below:

| | |
|---|---|
| Via U.S. Mail<br>William J. Cattie, III, Esq. – ID #953<br>Rawle & Henderson<br>300 Delaware Avenue, Suite 1015<br>P. O. Box 588<br>Wilmington, DE  19899-0588 | Via U.S. Mail<br>Michael B. McCauley, Esq. – ID #2416<br>Palmer Biezup & Henderson<br>1223 Foulk Road<br>Wilmington, DE 19803 |

            OBERLY, JENNINGS & RHODUNDA, P.A.

            /s/ Charles M. Oberly, III
            _____

Date:  February 1, 2007      Charles M. Oberly, III, Esq. – ID #743
            1220 Market Street – Suite710
            P.O. Box 2054
            Wilmington, DE  19899-2054
            (302) 576-2000
            (302) 576-2004
            Email:  coberly@ojlaw.com

                -and-

Stephen K. Carr, Esq. – ID #9896
6057 Schlentz Hill Road
Pipersville, PA  18947
215/766-0642
215/766-8587 (fax)
carr0642@comcast.net

Attorneys for Plaintiffs

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF DELAWARE**

_____

| | |
|---|---|
| Howard Levey, John and Susan L. Walter, h/w : | |
| *and* : | |
| Allstate Insurance Company : | |
|               Plaintiffs : | |
| : | C.A. No. 06-510 JJF |
|     V. : | |
| : | |
| Boat America Corporation, : | |
| *and* : | |
| Delaware Bay Launch Service, Inc. : | |
|               Defendants : | |

_____

**CERTIFICATE OF SERVICE**

      I, Charles M. Oberly, III, do hereby certify that on February 1, 2007, I have caused to be sent via first-class mail the foregoing Plaintiffs' Interrogatories Directed to Defendant Delaware Bay Launch Service, Inc. to the following counsel:

| | |
|---|---|
| Michael B. McCauley, Esq. | William J. Cattie, III, Esq. |
| Palmer Biezup & Henderson, LLP | Rawle & Henderson, LLP |
| 1223 Foulk Road | 300 Delaware Avenue, Suite 1015 |
| Wilmington, DE 19803 | Wilmington, DE 19801 |
| Fax: 302/478-7625 | Fax: 302/778-1400 |
| Attorney for Delaware Bay Launch Services, Inc. | Attorney for Boat America Corporation |

OBERLY, JENNINGS & RHODUNDA

/s/ Charles M. Oberly, III
_____
Charles M. Oberly, III, Esq., ID #743
1220 Market Street, Suite 710
P. O. Box 2054
Wilmington, DE 19899
302/576-2000
302/576-2004 (fax)
E-mail: coberly@ojlaw.com
Attorney for Plaintiffs