IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

------------------------------------------------------------x

| | |
|---|---|
| Howard Levey, John and Susan L. Walter, h/w *and* Allstate Insurance Company, <br>                     Plaintiffs, <br> v. <br><br> Boat America Corporation, *and* Delaware Bay Launch Service, Inc., <br>                     Defendants. | CIVIL ACTION <br> IN ADMIRALTY <br><br> No. 06-510 |

------------------------------------------------------------x

## CERTIFICATE OF SERVICE

To the Clerk:

The discovery listed below was served on all counsel via first-class mail:

Delaware Bay Launch Service, Inc.'s First Set of Interrogatories Directed to Howard Levey, John Walter, Susan L. Walter and Allstate Insurance Company; and,

Delaware Bay Launch Service, Inc.'s Request for Production of Documents Directed to Plaintiffs Howard Levey, John and Susan Walter and Allstate Insurance Company.

Dated: February 15, 2007

PALMER BIEZUP & HENDERSON LLP

By: _/s/ Michael B. McCauley_
Michael B. McCauley (ID 2416)
1223 Foulk Road
Wilmington, DE 19803
(302) 594-0895
(302) 478-7625 (fax)
mccauley@pbh.com
Attorneys for Delaware Bay Launch Service, Inc.

PBH: 188209.1

-1-