IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

```
-----------------------------------------------------------x
Howard Levey, John and Susan L. Walter, h/w    :    CIVIL ACTION
and                                            :    IN ADMIRALTY
Allstate Insurance Company,                    :
                        Plaintiffs,            :    No. 06-510
    v.                                         :
                                               :
Boat America Corporation,                      :
and                                            :
Delaware Bay Launch Service, Inc.,             :
                        Defendants.            :
                                               :
-----------------------------------------------------------x
```

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that on March 1, 2007, copies of Defendant's Answers to Interrogatories were served upon the following counsel of record via First-Class Mail:

Charles M. Oberley, III, Esq.  
1220 Market Street, Suite 710  
PO Box 2054  
Wilmington, DE  19899-2054

Stephen K. Carr, Esq.  
6057 Schlentz Hill Road  
Pipersville, PA 18947

William J. Cattie, Esq.  
300 Delaware Avenue, Suite 1015  
PO Box 588  
Wilmington, DE 19899-0588

PBH: 188209.2

-1-

PALMER BIEZUP & HENDERSON LLP

By: _____
Michael B. McCauley (ID 2416)
1223 Foulk Road
Wilmington, DE 19803
302 594 0895
302 478 7625 (fax)
mccauley@pbh.com
Attorneys for Delaware Bay Launch Service, Inc.