# RAWLE & HENDERSON LLP



WILLIAM J. CATTIE, III
302-778-1200
wcattie@rawle.com

The Nation's Oldest Law Office • Established in 1783

www.rawle.com

300 DELAWARE AVENUE
SUITE 1015, P.O. BOX 588
WILMINGTON, DE 19899-0588

TELEPHONE:(302) 778-1200
FACSIMILE:(302) 778-1400

March 8, 2007

Honorable Joseph J. Farnan, Jr.
United States District Court for
  the District of Delaware
844 N. King Street
Wilmington, DE 19801

> RE:   Howard Levey, John and Susan L. Walter, h/w, and
>       Allstate Insurance Company v. Boat America Corporation
>       and Delaware Bay Launch Service, Inc.
>       C.A. No. 06-510
>       Our File No. 301202

Dear Judge Farnan:

On January 26, 2007, I filed a Motion for Leave to file a Third-Party Complaint on behalf of Boat America Corporation (D.I. 17) and a Statement of Counsel (D.I. 18). This Motion is unopposed. Thank you.

Respectfully Submitted,
RAWLE & HENDERSON LLP

By: William J. Cattie, III

WJC/lmm
Enclosure
cc:   Clerk
      Charles M. Oberly, III, Esq.
      Michael B. McCauley, Esq.
      Stephen K. Carr, Esq.