## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| Howard Levey, John and Susan L. Walter, h/w : | |
| *and* : | |
| Allstate Insurance Company : | |
|      Plaintiffs : | |
| : | C.A. No. 06-510 JJF |
|    V. : | |
| : | |
| Boat America Corporation, : | |
| *and* : | |
| Delaware Bay Launch Service, Inc. : | |
|      Defendants ; | |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that on March 9, 2007, copies of Plaintiffs' Request for

Production of Documents Addressed to Defendant Delaware Bay Launch Service, Inc.

Were served upon the following counsel via First-Class Mail:

| | |
|---|---|
| Michael B. McCauley, Esq. | William J. Cattie, III, Esq. |
| Palmer Biezup & Henderson, LLP | Rawle & Henderson, LLP |
| 1223 Foulk Road | 300 Delaware Avenue, Suite 1015 |
| Wilmington, DE 19803 | Wilmington, DE 19801 |
| Fax: 302/478-7625 | Fax: 302/778-1400 |
| Attorney for Delaware Bay Launch Service, Inc. | Attorney for Boat America |

          OBERLY, JENNINGS & RHODUNDA

          /s/ *Charles M. Oberly, III*

          _____

          **Charles M. Oberly, III, Esq., ID #743**
          **1220 Market Street, Suite 710**
          **P. O. Box 2054**
          **Wilmington, DE 19899**
          **302/576-2000**

          **-and-**

*/s/ Stephen K. Carr*
_____
**Stephen K. Carr, Esq. – ID #9896**
**6057 Schlentz Hill Road**
**Pipersville, PA  18947**
**215/766-0642**

**Attorneys for Plaintiffs**