IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| HOWARD LEVEY, JOHN and SUSAN L. WALTER, h/w, and ALLSTATE INSURANCE COMPANY, | ) ) ) C.A. No. 06-510 |
| Plaintiffs, | ) ) ) |
| v. | ) ) |
| BOAT AMERICA CORPORATION and DELAWARE BAY LAUNCH SERVICE, INC., | ) ) ) |
| Defendant. | |

## ORDER

AND NOW THIS __14__ day of ~~February~~ March, 2007, upon consideration of the Defendant Boat America Corporation's Motion for Leave to File A Third-Party Complaint, the Plaintiffs' and Co-Defendant's Response, and having heard the parties thereon,

IT IS HEREBY ORDERED Leave is GRANTED to Defendant Boat America Corporation to file and serve a Third-Party Complaint.

_____
J.