IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| HOWARD LEVEY, JOHN and SUSAN L. WALTER, h/w, and ALLSTATE INSURANCE COMPANY,<br>    Plaintiffs,<br><br>v.<br>DELAWARE BAY LAUNCH SERVICE, INC.,<br>    Defendant.<br>and<br>BOAT AMERICA CORPORATION<br>    Defendant/Third-Party Plaintiff<br>v.<br>DELMARVA TOWING & SALVAGE a/k/a SOUTHERN DELAWARE TOWING AND SALVAGE,<br>    Third-Party Defendant. | C.A. No. 06-510 JJF |

## CERTIFICATE OF SERVICE

I, William J. Cattie, III, Esquire, do hereby certify that on the 15th day of March, I have caused to be sent via E-filing and/or U.S. mail DEFENDANT/THIRD-PARTY PLAINTIFF'S, BOAT AMERICA CORPORATION, FIRST SET OF INTERROGATORIES DIRECTED TO PLAINTIFFS to the following individual(s):

| | |
|---|---|
| Charles M. Oberly, III<br>Oberly, Jennings & Rhodunda<br>1220 Market Street, Ste. 710<br>P.O. Box 2054<br>Wilmington, DE 19899-2054<br>Attorney for Plaintiffs | Michael B. McCauley, Esq.<br>Palmer Biezup & Henderson, LLP<br>1223 Foulk Road<br>Wilmington, DE 19803<br>Attorney for Defendant Delaware Bay Launch Service, Inc. |

Stephen K. Carr
6057 Schlentz Hill Road
Pipersville, PA  18947

Delmarva Towing & Salvage a/k/a
Southern Delaware Towing and Storage
25 Railway Road
Millville, DE  19970

**RAWLE & HENDERSON** LLP

_____
William J. Cattie, III, Esq. – ID # 953
300 Delaware Avenue, Suite 1015
P. O. Box 588
Wilmington, DE 19899-0588
302-778-1200
Attorney for Defendant,
Boat America Corporation