IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| HOWARD LEVEY, JOHN and SUSAN L. WALTER, h/w, and ALLSTATE INSURANCE COMPANY,<br>　　　Plaintiffs, | )<br>)<br>) C.A. No. 06-510 JJF<br>)<br>)<br>) |
| v.<br>DELAWARE BAY LAUNCH SERVICE, INC.,<br>　　　Defendant.<br>and<br>BOAT AMERICA CORPORATION<br>　　　Defendant/Third-Party Plaintiff | )<br>)<br>)<br>)<br>)<br>)<br>)<br>) |
| v.<br>DELMARVA TOWING & SALVAGE a/k/a SOUTHERN DELAWARE TOWING AND SALVAGE,<br>　　　Third-Party Defendant. | )<br>)<br>)<br>)<br>)<br>) |

## CERTIFICATE OF SERVICE

I, William J. Cattie, III, Esquire, do hereby certify that on the 15th day of March, I have caused to be sent via E-filing and/or U.S. mail DEFENDANT/THIRD-PARTY PLAINTIFF'S, BOAT AMERICA CORPORATION, REQUEST FOR PRODUCTION OF DOCUMENTS DIRECTED TO PLAINTIFFS to the following individual(s):

Charles M. Oberly, III
Oberly, Jennings & Rhodunda
1220 Market Street, Ste. 710
P.O. Box 2054
Wilmington, DE 19899-2054
Attorney for Plaintiffs

Michael B. McCauley, Esq.
Palmer Biezup & Henderson, LLP
1223 Foulk Road
Wilmington, DE 19803
Attorney for Defendant Delaware Bay
Launch Service, Inc.

9

| | |
|---|---|
| Stephen K. Carr<br>6057 Schlentz Hill Road<br>Pipersville, PA  18947 | Delmarva Towing & Salvage a/k/a<br>Southern Delaware Towing and Storage<br>25 Railway Road<br>Millville, DE  19970 |

**RAWLE & HENDERSON** LLP

*/s/ William J. Cattie, III*

William J. Cattie, III, Esq. – ID # 953
300 Delaware Avenue, Suite 1015
P. O. Box 588
Wilmington, DE 19899-0588
302-778-1200
Attorney for Defendant,
Boat America Corporation

10