IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| HOWARD LEVEY, JOHN AND SUSAN L. WALTER, h/w, and ALLSTATE INSURANCE COMPANY,<br><br>     Plaintiffs,<br><br>  v.<br><br>BOAT AMERICA CORPORATION and DELAWARE BAY LAUNCH SERVICE, INC.,<br><br>     Defendants. | C. A. No. 06-510-JJF |

## NOTICE OF SERVICE

**PLEASE TAKE NOTICE** that on March 29, 2007, copies of Plaintiffs Howard Levey, John Walter, and Susan Walter's Answers to Defendant Delaware Bay Launch Service, Inc.'s First Set of Interrogatories were served upon the following counsel of record in the matter indicated below:

**Via U.S. Mail**
William J. Cattie, III, Esq. – ID #953
Rawle & Henderson
300 Delaware Avenue, Suite 1015
P. O. Box 588
Wilmington, DE  19899-0588

**Via U.S. Mail**
Michael B. McCauley, Esq. – ID #2416
Palmer Biezup & Henderson
1223 Foulk Road
Wilmington, DE 19803

OBERLY, JENNINGS & RHODUNDA, P.A.

/s/ Charles M. Oberly, III
_____

Date:  March 29, 2007

Charles M. Oberly, III, Esq. – ID #743
1220 Market Street – Suite 710
P.O. Box 2054
Wilmington, DE  19899-2054
(302) 576-2000
(302) 576-2004

Email:  coberly@ojlaw.com

-and-

Stephen K. Carr, Esq. – ID #9896
6057 Schlentz Hill Road
Pipersville, PA  18947
215/766-0642
215/766-8587 (fax)
carr0642@comcast.net

Attorneys for Plaintiffs