IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

------------------------------------------------------------x

| | |
|---|---|
| Howard Levey, John and Susan L. Walter, h/w *and* Allstate Insurance Company, | CIVIL ACTION IN ADMIRALTY |
| Plaintiffs, | No. 06-510 |
| v. | |
| Boat America Corporation, *and* Delaware Bay Launch Service, Inc., | |
| Defendants. | |

------------------------------------------------------------x

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that on April 9, 2007, copies of Defendant's Response to Plaintiffs' Request for Production of Documents was served upon the following counsel of record via First-Class Mail:

Charles M. Oberley, III, Esq.
1220 Market Street, Suite 710
PO Box 2054
Wilmington, DE  19899-2054

William J. Cattie, Esq.
300 Delaware Avenue, Suite 1015
PO Box 588
Wilmington, DE 19899-0588

Stephen K. Carr, Esq.
6057 Schlentz Hill Road
Pipersville, PA 18947

PALMER BIEZUP & HENDERSON LLP

By: /s/ Michael McCauley
Michael B. McCauley (ID 2416)
1223 Foulk Road
Wilmington, DE 19803
302 594 0895
302 478 7625 (fax)
mccauley@pbh.com
Attorneys for Delaware Bay Launch Service, Inc.

PBH: 189523.1

-1-