IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| HOWARD LEVEY, JOHN AND SUSAN L. WALTER, h/w, and ALLSTATE INSURANCE COMPANY,<br><br>     Plaintiffs,<br><br>  v.<br><br>BOAT AMERICA CORPORATION<br>and<br>DELAWARE BAY LAUNCH SERVICE, INC.,<br><br>     Defendants. | C. A. No. 06-510-JJF |

### NOTICE OF SERVICE

**PLEASE TAKE NOTICE** that on April 24, 2007, copies of Plaintiffs Howard Levey, John Walter, and Susan Walter's Answers to Defendant/Third-Party Plaintiff's Boat America Corporation First Set of Interrogatories were served upon the following counsel of record in the matter indicated below:

**Via U.S. Mail**
William J. Cattie, III, Esq. – ID #953
Rawle & Henderson
300 Delaware Avenue, Suite 1015
P. O. Box 588
Wilmington, DE  19899-0588

**Via U.S. Mail**
Michael B. McCauley, Esq. – ID #2416
Palmer Biezup & Henderson
1223 Foulk Road
Wilmington, DE 19803

OBERLY, JENNINGS & RHODUNDA, P.A.

/s/ Charles M. Oberly, III
_____
Charles M. Oberly, III, Esq. – ID #743
1220 Market Street – Suite710
P.O. Box 2054
Wilmington, DE  19899-2054
(302) 576-2000
(302) 576-2004

Date:  April 24, 2007

Email:  coberly@ojlaw.com

-and-
Stephen K. Carr, Esq. – ID #9896
6057 Schlentz Hill Road
Pipersville, PA  18947
215/766-0642
215/766-8587 (fax)
carr0642@comcast.net

Attorneys for Plaintiffs