**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| HOWARD LEVEY, JOHN AND SUSAN L. WALTER, h/w, and ALLSTATE INSURANCE COMPANY, | |
| Plaintiffs, | |
| v. | C. A. No. 06-510-JJF |
| BOAT AMERICA CORPORATION and DELAWARE BAY LAUNCH SERVICE, INC., | |
| Defendants. | |

**NOTICE OF SERVICE**

**PLEASE TAKE NOTICE** that on May 14, 2007, copies of Plaintiff Allstate Insurance

Company's Answers to Defendant Delaware Bay Launch Service, Inc.'s First Set of

Interrogatories was served upon the following counsel of record in the matter indicated below:

**Via U.S. Mail**
William J. Cattie, III, Esq. – ID #953
Rawle & Henderson
300 Delaware Avenue, Suite 1015
P. O. Box 588
Wilmington, DE  19899-0588

**Via U.S. Mail**
Michael B. McCauley, Esq. – ID #2416
Palmer Biezup & Henderson
1223 Foulk Road
Wilmington, DE 19803


OBERLY, JENNINGS & RHODUNDA, P.A.

/s/ Charles M. Oberly, III

Date:  May 14, 2007

Charles M. Oberly, III, Esq. – ID #743
1220 Market Street – Suite710
P.O. Box 2054
Wilmington, DE  19899-2054
(302) 576-2000
(302) 576-2004
Email:  coberly@ojlaw.com

-and-

Stephen K. Carr, Esq. – ID #9896
6057 Schlentz Hill Road
Pipersville, PA  18947
215/766-0642
215/766-8587 (fax)
carr0642@comcast.net

Attorneys for Plaintiff