IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

LEVEY, et al

      Plaintiffs

v.                                     Civil Action No 06-510 J.JF

DELAWARE BAY LAUNCH SERVICE,
et al.

      Defendants

**STIPULATION** OF EXTENSION OF TIME TO FILE ANSWER OR **RESPONSIVE PLEADING TO THIRD-PARTY COMPLAINT**

Defendant/Third-Party Plaintiff, Boat America Corporation (hereafter "Boat America"), and Third-Party Defendant, Southern Delaware Iowing & Salvage, Inc (hereafter "Southern Delaware"), by and though thei espective undersigned counsel, hereby stipulate and agree, subject to the approval of the Court, to extend the time in which Ihild-Party Defendant Southern Delaware may file an answer o esponsive pleading to and including June 4, 2007

_____/S/_____                _____/S/_____

William Cattie                              Eric C. Howard
Del. State Bar ID No., 953               Del. State Bar ID No.. 2066
Rawle & Henderson, LLP              Wilson, Halbrook & Bayard
300 Delaware Avenue                  107 West Market Street
Suite 1015                                     P.O Box 690
Wilmington, Delaware 19801          Georgetown, Delaware 19947
(302) 778-1200                           (302) 856-0015

Attorneys for Defendant/Third-Party Plaintiff    Attorneys for Ihild-Party Defendant
Boat America Corporation                          Southern Delaware Iowing & Salvage, Inc..

OF COUNSEL:

James W. Bartlett, III, Esquire
Alexander M. Giles, Esquire
Semmes, Bowen & Semmes
250 W. Pratt Street, 16th Floor
Baltimore, Maryland 21201
(410) 539-5040

SO ORDERED this ____ day of _____, 2007

_____
United States District Judge

Levey Stipulation of Extension of Time (80710988) WPD