OF COUNSEL (Admission *Pro Hat Vice* pending):

James W. Bartlett, III, Esquire
Alexander M. Giles, Esquire
Semmes, Bowen & Semmes
250 W. Pratt Street, 16th Floor
Baltimore, Maryland 21201
(410) 539-5040

## CERTIFICATE OF SERVICE

I HEREBY CERIIFY on this 4th day of June, 2007, that a copy of the foregoing Answer to Ihird-Party Complaint was electronically filed on the District Court's ECF system and, as a result, served on all counsel of record.

/s/ _____
Attorney for Third-Party Refendant
Southern Delaware Iowing & Salvage, Inc.

BO713506WD/1716:52