## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| LEVEY, et al | * | |
| Plaintiffs | * | |
| v. | * | Civil Action No. 06-510 JJF |
| DELAWARE BAY LAUNCH SERVICE, et al. | * | |
| | * | |
| Defendants | * | |

\*    \*    \*    \*    \*    \*    \*    \*    \*    \*

### MOTION AND ORDER FOR ADMISSION PRO HAC VICE

Pursuant to Local Rule 83.5 and the attached certification, counsel moves the admission

pro hac vice of Alexander M. Giles to represent Third-Party Defendant in this matter.

Eric C. Howard
Del. State Bar ID No. 2066
Wilson, Halbrook & Bayard
107 West Market Street
P.O. Box 690
Georgetown, Delaware 19947
(302) 856-0015

Attorney for Southern Delaware Towing & Salvage, Inc.

Date: 5/31/07

### ORDER GRANTING MOTION

IT IS HEREBY ORDERED counsel's motion for admission pro hac vice is granted.

Date: _____    _____

United States District Judge

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of Maryland and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules. In accordance with Standing Order for District Court Fund effective 1/1/05, I further certify that the annual fee of $25.00 will be submitted to the Clerk's Office upon the filing of this motion.

Alexander M. Giles
Semmes, Bowen & Semmes
250 West Pratt Street, 16th Floor
Baltimore, Maryland 21201-2423
(410) 576-4882

Date: _____ 5 | 30 | 07 _____

712186v 2