IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

```
------------------------------------------------------------x
Howard Levey, John and Susan L. Walter, h/w    :    CIVIL ACTION
and                                            :    IN ADMIRALTY
Allstate Insurance Company,                    :
                        Plaintiffs,            :    No. 06-510
        v.                                     :
                                               :
Boat America Corporation,                      :
and                                            :
Delaware Bay Launch Service, Inc.,             :
                        Defendants.            :
                                               :
------------------------------------------------------------x
```

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that on July 12, 2007, copies of Defendant's Amendment to Answers to Interrogatories to correct a mistake were served upon the following counsel of record via First-Class Mail:

Charles M. Oberley, III, Esq.
1220 Market Street, Suite 710
PO Box 2054
Wilmington, DE   19899-2054

William J. Cattie, III, Esq.
300 Delaware Avenue, Suite 1015
PO Box 588
Wilmington, DE 19899-0588

Stephen K. Carr, Esq.
6057 Schlentz Hill Road
Pipersville, PA 18947

James W. Bartlett, III, Esq.
Alexander M. Giles, Esq.
Semmes, Bowen & Semmes
250 W. Pratt Street, 16th Fl
Baltimore, MD   21201

PALMER BIEZUP & HENDERSON LLP

By: _____
Michael B. McCauley (ID 2416)
1223 Foulk Road
Wilmington, DE 19803
302 594 0895
302 478 7625 (fax)
mccauley@pbh.com
Attorneys for Delaware Bay Launch Service, Inc.