IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

------------------------------------------------------------x

HOWARD LEVEY, et al.

                Plaintiffs,

v.

DELAWARE BAY LAUNCH SERVICE, INC.,
et al.,

                Defendants.

CIVIL ACTION
IN ADMIRALTY

No. 06-510 - JJF

------------------------------------------------------------x

## NOTICE OF DEPOSITIONS

To:   Stephen K. Carr, Esq.
       6057 Schlentz Hill Road
       Pipersville, PA 18947

PLEASE TAKE NOTICE that defendants will take the depositions upon oral examination of the following plaintiffs at the offices of Palmer Biezup & Henderson, 956 Public Ledger Building, 620 Chestnut Street, Philadelphia, PA 19106:

| | | |
|---|---|---|
| Howard Levey | - | July 19, 2007 at 10:30 a.m. |
| Susan Walter | - | July 19, 2007 at 1:00 p.m. |
| John Walter | - | July 19, 2007 at 3:00 p.m. |

You are invited to attend the depositions and participate.

                PALMER BIEZUP & HENDERSON LLP

Dated: July 17, 2007        By: _____
                                     Michael B. McCauley (ID 2416)
                                     1223 Foulk Road
                                     Wilmington, DE 19803
                                     302 594 0895
                                     302 478 7625 (fax)
                                     mccauley@pbh.com
                                     Attorneys for Delaware Bay Launch Services, Inc.

PBH: 191244.1

## CERTIFICATE OF SERVICE

I hereby certify that on July 17, 2007, I served the foregoing Notice of Depositions on the following counsel:

Stephen K. Carr, Esq.
6057 Schlentz Hill Road
Pipersville, PA 18947

James W. Bartlett, III, Esq.
Alexander M. Giles, Esq.
Semmes, Bowen & Semmes
250 W. Pratt Street, 16th Floor
Baltimore, MD 21201

Charles M. Oberley, III. Esq.
1220 Market Street, Suite 710
P.O. Box 2054
Wilmington, DE 19899-2054

Eric C. Howard, Esq.
Wilson, Halbrook & Bayard
107 Market Street
P.O. Box 690
Georgetown, DE 19947

William J. Cattie, III, Esq.
300 Delaware Avenue, Suite 1015
P.O. Box 588
Wilmington, DE 19899-0588

PALMER BIEZUP & HENDERSON LLP

Date: July 17, 2007

By: _____
Michael B. McCauley (ID 2416)
1223 Foulk Road
Wilmington, DE 19803
302 594 0895
302 478 7625 (fax)
mccauley@pbh.com
Attorneys for Delaware Bay Launch Service, Inc.

PBH: 191244.1

-3-