## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| HOWARD LEVEY, JOHN AND SUSAN L. WALTER, h/w, and ALLSTATE INSURANCE COMPANY,<br><br>     Plaintiffs,<br><br> v.<br><br>DELAWARE BAY LAUNCH SERVICE, INC.,<br><br>     Defendant,<br>And<br>BOAT AMERICA CORPORATION,<br><br>  Defendant and Third Party Plaintiff,<br><br>Against<br>SOUTHERN DELAWARE TOWING & SALVAGE, INC.,<br><br>     Third Party Defendant. | C. A. No. 06-510-JJF |

## NOTICE OF SERVICE

**PLEASE TAKE NOTICE** that on July 23, 2007, copies of Plaintiffs' Interrogatories Directed to Third Party Defendant Southern Delaware Towing & Salvage, Inc. were served upon the following counsel of record in the matter indicated below:

| | |
|---|---|
| **Via U.S. Mail**<br>William J. Cattie, III, Esq. – ID #953<br>Rawle & Henderson<br>300 Delaware Avenue, Suite 1015<br>P. O. Box 588<br>Wilmington, DE 19899-0588 | **Via U.S. Mail**<br>Michael B. McCauley, Esq. – ID #2416<br>Palmer Biezup & Henderson<br>1223 Foulk Road<br>Wilmington, DE 19803 |

**Via U.S. Mail**
Eric C. Howard, Esq. – ID #2066
Wilson, Halbrook & Bayard
107 West Market Street
P. O. Box 690
Georgetown, DE 19947

**Via U.S. Mail**
James W. Bartlett, Esq.
Semmes, Bowen & Semmes
250 W. Pratt Street, 16th Flr.
Baltimore, MD 21201

OBERLY, JENNINGS & RHODUNDA, P.A.

/s/ Charles M. Oberly, III

Date: July 23, 2007

Charles M. Oberly, III, Esq. – ID #743
1220 Market Street – Suite710
P.O. Box 2054
Wilmington, DE 19899-2054
(302) 576-2000
(302) 576-2004
Email: coberly@ojlaw.com

-and-
Stephen K. Carr, Esq. – ID #9896
6057 Schlentz Hill Road
Pipersville, PA 18947
215/766-0642
215/766-8587 (fax)
carr0642@comcast.net

Attorneys for Plaintiffs