IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| HOWARD LEVEY, et al. | * | |
| Plaintiffs | * | |
| v | * | Civil Action No. 06-510 JJF |
| BOAT AMERICA CORPORATION, et al. | * | |
| Defendants | * | |

\* \* \* \* \* \* \* \* \* \* \*

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that on August 2, 2007 Request for Admissions directed to Defendant and Third-Party Plaintiff, Boat America Corporation, were served upon the following counsel of record by first class mail:

Stephen K. Carr, Esquire
6057 Schlentz Hill Road
Pipersville, PA 18947

William J. Cattie, III, Esq.
300 Delaware Avenue, Suite 1015
P.O. Box 588
Wilmington, DE 19899-0588

Charles M. Oberly, III, Esquire
1220 Market Street, Suite 710
P.O. Box 2054
Wilmington, DE 19899-2054

Michael B. McCauley, Esquire
Palmer, Biezup & Henderson
1223 Foulk Road
Wilmington, DE 19803

/s/
James W. Bartlett, III, Esquire
Alexander M. Giles, Esquire
Semmes, Bowen & Semmes
250 W. Pratt Street, 16th Floor
Baltimore, Maryland 21201
(410) 539-5040

/s/
Eric C. Howard
Del. State Bar ID No. 2066
Wilson, Halbrook & Bayard
107 West Market Street
P.O. Box 690
Georgetown, Delaware 19947
(302) 856-0015

Attorneys for Third-Party Defendant
Southern Delaware Towing & Salvage, Inc.

B0729074.DOC