# OBERLY, JENNINGS & RHODUNDA, P.A.

1220 Market Street – Suite 710
P. O. Box 2054
Wilmington, Delaware 19899

**Charles M. Oberly, III**
**Kathleen M. Jennings**
**William J. Rhodunda, Jr.**
   ------------
**Karen V. Sullivan**
**Chandra J. Rudloff**

(302) 576-2000
Fax (302) 576-2004

E.I.No. 51-0364261

Writer's e-mail coberly@ojlaw.com

August 14, 2007

The Honorable Joseph J. Farnan, Jr.
United States District Court – Delaware
Federal Building
844 North King Street
Wilmington, DE 19801

**Re: Levey, et al. v. Boat America Company, et al. – C.A. No. 06-510 JJF**

Dear Judge Farnan:

      The parties to this action, including the Third Party Defendant, which was impleaded three months after this Court's initial Rule 16(b) Scheduling Order, are actively engaged in discovery. Following Interrogatories and Document Requests, the three individual Plaintiffs gave dispositions on July 19, 2007. Various Defendants are next scheduled to give depositions.

      All attorneys agree that certain dates in the Rule 16(b) Scheduling Order need to be extended in order that the experts' reports can be exchanged and their depositions conducted following party depositions. Accordingly, the enclosed Stipulation dealing only with those specified dates and the date of dispositive motions is offered to accomplish this. All parties consent to these dates.

Respectfully submitted,

*/s/ Charles M. Oberly, III*
**CHARLES M. OBERLY, III, ID#743**

CMO,III/dq
cc:   Stephen K. Carr, Esquire
      Michael B. McCauley, Esquire
      William J. Cattie, III, Esquire
      James W. Bartlett, III, Esquire