# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| HOWARD LEVEY, JOHN and SUSAN L. WALTER, h/w, and ALLSTATE INSURANCE COMPANY<br><br>Plaintiffs<br><br>v.<br><br>DELAWARE BAY LAUNCH SERVICE, INC.<br><br>Defendant<br>and<br>BOAT AMERICA CORPORATION<br><br>Defendant and Third Party Plaintiff<br><br>against<br>SOUTHERN DELAWARE TOWING & SALVAGE, INC.<br><br>Third Party Defendant | )<br>)<br>)<br>)<br>)  C.A. No. 06-510JJF<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## STIPULATION

It is hereby stipulated and agreed among the various parties that in view of ongoing discovery, the Discovery and Dispositive Motion Deadlines in this Court's Rule 16 (b) Scheduling Order be extended as follows:

4. Discovery

    e.    Reports from retained experts required by Federal Rule of Civil Procedure 26 (a)(2) are due from the plaintiff by October 1, 2007 and from the Defendants and Third Party Defendant by November 1, 2007.

    f.  Expert depositions to be completed by December 1, 2007.

7. Case Dispositive Motions

      Any case dispositive motions shall be served and filed with an opening brief on or before January 15, 2008.

                     So Ordered

                     Joseph J. Farnan, Jr.
                     U.S.D.J.     8/16/07