## CERTIFICATE OF SERVICE

I hereby certify that on August 16, 2007, I served the foregoing Requests for Admissions via E-mail on the following counsel.

Steve Carr, Esq.
6057 Schlentz Hill Road
Pipersville, PA 18947

James W. Bartlett, III, Esq.
Alexander M. Giles, Esq.
Semmes, Bowen & Semmes
250 W. Pratt Street, 16th Floor
Baltimore, MD 21201

Charles M. Oberley, III. Esq.
1220 Market Street, Suite 710
P.O. Box 2054
Wilmington, DE 19899-2054

Eric C. Howard, Esq.
Wilson, Halbrook & Bayard
107 Market Street
P.O. Box 690
Georgetown, DE 19947

William J. Cattie, III, Esq.
300 Delaware Avenue, Suite 1015
P.O. Box 588
Wilmington, DE 19899-0588

PALMER BIEZUP & HENDERSON LLP

Date: August 22, 2007

By: _____
Michael B. McCauley (ID 2416)
1223 Foulk Road
Wilmington, DE 19803
302 594 0895
302 478 7625 (fax)
mccauley@pbh.com
Attorneys for Delaware Bay Launch Service, Inc.

PBH: 191673.1