## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| HOWARD LEVEY, et al. | * | |
| Plaintiffs | * | |
| v. | * | Civil Action No. 06-510 JJF |
| BOAT AMERICA CORPORATION, et al. | * | |
| Defendants | * | |

\* \* \* \* \* \* \* \* \* \* \*

## ANSWER TO COUNTERCLAIM

Southern Delaware Towing & Salvage, Inc. ("Southern Delaware") by its undersigned attorneys, James W. Bartlett, III, Alexander M. Giles, Semmes, Bowen & Semmes, Eric C. Howard, and Wilson, Halbrook & Bayard, for its Answer to the Counterclaim filed by Defendant Delaware Bay Launch Service, Inc says:

1. Answering paragraph 1 of the Counterclaim, it denies the allegations contained therein and incorporated therein by reference.

2. Answering paragraph 2 of the Counterclaim, it denies the allegations contained therein.

3. Answering paragraph 3 of the Counterclaim, it denies the allegations contained therein.

WHEREFORE, Southern Delaware prays that judgment be entered in its favor and against Delaware Bay Launch Service, Inc., dismissing with prejudice the Counterclaim, awarding counsel fees and expenses, and granting such other relief as the justice of this cause may require.

/s/
James W. Bartlett, III, Esquire
Alexander M. Giles, Esquire
Semmes, Bowen & Semmes
250 W. Pratt Street, 16th Floor
Baltimore, Maryland 21201
(410) 539-5040


/s/
Eric C. Howard
Del. State Bar ID No. 2066
Wilson, Halbrook & Bayard
107 West Market Street
P.O. Box 690
Georgetown, Delaware 19947
(302) 856-0015

Attorneys for Third-Party Defendant
Southern Delaware Towing & Salvage, Inc.

## CERTIFICATE OF SERVICE

I HERBY CERTIFY that on this 29th day of August, 2007, a copy of this Answer to Counterclaim was served by electronic filing on:

Stephen K. Carr, Esquire
6057 Schlentz Hill Road
Pipersville, PA 18947

William J. Cattie, III, Esq.
300 Delaware Avenue, Suite 1015
P.O. Box 588
Wilmington, DE 19899-0588

Charles M. Oberly, III, Esquire
1220 Market Street, Suite 710
P.O. Box 2054
Wilmington, DE 19899-2054

Michael B. McCauley, Esquire
Palmer, Biezup & Henderson
1223 Foulk Road
Wilmington, DE 19803


/s/
Attorney for Third-Party Defendant
Southern Delaware Towing & Salvage, Inc.

B0736203.DOC