IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| HOWARD LEVEY, JOHN AND SUSAN L. WALTER, h/w, and ALLSTATE INSURANCE COMPANY,<br><br>     Plaintiffs,<br><br> v.<br><br>BOAT AMERICA CORPORATION<br>and<br>DELAWARE BAY LAUNCH SERVICE, INC.,<br><br>     Defendants.<br>And<br>SOUTHERN DELAWARE TOWING AND SALVAGE, INC. | C. A. No. 06-510-JJF |

## NOTICE OF SERVICE

**PLEASE TAKE NOTICE** that on September 12, 2007, copies of Plaintiffs Howard Levey, John Walter, and Susan Walter's Request for Production of Documents Addressed to Defendant Boat America Corporation (BoatUS) were served upon the following counsel via First-Class mail:

William J. Cattie, III, Esquire
300 Delaware Avenue, Suite 1015
P. O. Box 588
Wilmington, DE 19899-0588

James W. Bartlett, III, Esquire
Alexander M. Giles, Esquire
Semmes, Bowen & Semmes
250 W. Pratt Street, 16th Flr.
Baltimore, MD 21201

Michael B. McCauley, Esquire
1223 Foulk Road
Wilmington, DE 19803

Eric C. Howard, Esquire
Wilson, Halbrook & Bayard
107 Market Street
P. O. Box 690
Georgetown, DE 19947

OBERLY, JENNINGS & RHODUNDA, P.A.

*/s/ Charles M. Oberly, III*
             \_\_\_\_
Date: September 12, 2007   Charles M. Oberly, III, Esq. – ID #743
              1220 Market Street – Suite710
              P.O. Box 2054
              Wilmington, DE 19899-2054

        (302) 576-2000
            -and-
        Stephen K. Carr, Esq. – ID #9896
        6057 Schlentz Hill Road
        Pipersville, PA  18947
        215/766-0642

Attorneys for Plaintiffs