**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| HOWARD LEVEY, JOHN and<br>SUSAN L. WALTER, h/w, and<br>ALLSTATE INSURANCE<br>COMPANY,<br>        Plaintiffs,<br><br>v.<br>DELAWARE BAY LAUNCH<br>SERVICE, INC.,<br>        Defendant.<br>and<br>BOAT AMERICA CORPORATION<br>        Defendant/Third-Party<br>        Plaintiff<br>v.<br>DELMARVA TOWING & SALVAGE<br>a/k/a SOUTHERN DELAWARE<br>TOWING AND SALVAGE,<br>        Third-Party Defendant. | )<br>)<br>)<br>)  C.A. No. 06-510 JJF<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**CERTIFICATE OF SERVICE**

I, William J. Cattie, III, Esquire, do hereby certify that on this 19th day of

September, I have caused to be sent via E-filing and/or U.S. mail DEFENDANT/THIRD

PARTY PLAINTIFF'S, BOAT AMERICA CORPORATION, RESPONSES TO

REQUEST FOR ADMISSIONS to the following individual(s):

| | |
|---|---|
| Charles M. Oberly, III<br>Oberly, Jennings & Rhodunda<br>1220 Market Street, Ste. 710<br>P.O. Box 2054<br>Wilmington, DE  19899-2054<br>Attorney for Plaintiffs | Michael B. McCauley, Esq.<br>Palmer Biezup & Henderson, LLP<br>1223 Foulk Road<br>Wilmington, DE  19803<br>Attorney for Defendant Delaware Bay<br>Launch Service, Inc. |

2151963-1

Stephen K. Carr
6057 Schlentz Hill Road
Pipersville, PA  18947

Eric C. Howard, Esq.
WILSON, HALBROOK & BAYARD
107 W. Market Street
P.O. Box 690
Georgetown, DE  19947
Attorney for Delmarva Towing & Salvage
a/k/a Southern Delaware Towing and
Storage

James W. Bartlett, III, Esq.
SEMMES, BOWEN & SEMMES
250 W. Pratt Street, 16th Floor
Baltimore, MD  21201
Attorney for Delmarva Towing & Salvage
a/k/a Southern Delaware Towing and
Storage

**RAWLE & HENDERSON LLP**

/s/ William J. Cattie, III  #953
William J. Cattie, III, Esq. – ID # 953
300 Delaware Avenue, Suite 1015
P. O. Box 588
Wilmington, DE 19899-0588
302-778-1200
Attorney for Defendant/Third Party Plaintiff
Boat America Corporation

2151963-1