IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| HOWARD LEVEY, JOHN AND SUSAN L. WALTER, h/w, and ALLSTATE INSURANCE COMPANY,<br><br>      Plaintiffs,<br><br>  v.<br><br>BOAT AMERICA CORPORATION And DELAWARE BAY LAUNCH SERVICE, INC.,<br><br>      Defendants. | C. A. No. 06-510-JJF |

## NOTICE OF SERVICE

**PLEASE TAKE NOTICE** that on September 26, 2007, copies of Plaintiffs Howard Levey, John Walter, and Susan Walter's Response to Defendant Delaware Bay Launch Service, Inc.'s Request for Admissions were served upon the following counsel of record in the matter indicated below:

**Via U.S. Mail**
William J. Cattie, III, Esq. – ID #953
Rawle & Henderson
300 Delaware Avenue, Suite 1015
P. O. Box 588
Wilmington, DE  19899-0588

James W. Bartlett, III, Esq.
Alexander M. Giles, Esq.
Semmes, Bowen & Semmes
250 W. Pratt Street, 16th Flr.
Baltimore, MD  21201

**Via U.S. Mail**
Michael B. McCauley, Esq. – ID #2416
Palmer Biezup & Henderson
1223 Foulk Road
Wilmington, DE 19803

Eric C. Howard, Esq.
Wilson, Halbrook & Bayard
107 Market Street
P. O. Box 690
Georgetown, DE  19947

          OBERLY, JENNINGS & RHODUNDA, P.A.

          /s/ Charles M. Oberly, III

Date:  September 26, 2007    Charles M. Oberly, III, Esq. – ID #743
          1220 Market Street – Suite710
          P.O. Box 2054
          Wilmington, DE  19899-2054

(302) 576-2000  
(302) 576-2004  
Email: coberly@ojlaw.com

-and-  
Stephen K. Carr, Esq. – ID #9896  
6057 Schlentz Hill Road  
Pipersville, PA  18947  
215/766-0642  
215/766-8587 (fax)  
carr0642@comcast.net

Attorneys for Plaintiffs