IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| HOWARD LEVEY, JOHN and<br>SUSAN L. WALTER, h/w, and<br>ALLSTATE INSURANCE<br>COMPANY,<br>    Plaintiffs,<br><br>v.<br><br>DELAWARE BAY LAUNCH<br>SERVICE, INC.,<br>    Defendant.<br>and<br>BOAT AMERICA CORPORATION<br>    Defendant/Third-Party<br>    Plaintiff<br>v.<br>DELMARVA TOWING & SALVAGE<br>a/k/a SOUTHERN DELAWARE<br>TOWING AND SALVAGE,<br>    Third-Party Defendant. | C.A. No. 06-510 JJF |

## CERTIFICATE OF SERVICE

I, William J. Cattie, III, Esquire, do hereby certify that on this ___ day of October, I have caused to be sent via E-filing and/or U.S. mail DEFENDANT/THIRD PARTY PLAINTIFF'S, BOAT AMERICA CORPORATION, RESPONSES TO REQUEST FOR PRODUCTION to the following individual(s):

Charles M. Oberly, III
Oberly, Jennings & Rhodunda
1220 Market Street, Ste. 710
P.O. Box 2054
Wilmington, DE 19899-2054
Attorney for Plaintiffs

Michael B. McCauley, Esq.
Palmer Biezup & Henderson, LLP
1223 Foulk Road
Wilmington, DE 19803
Attorney for Defendant Delaware Bay
Launch Service, Inc.

2174200-1

Stephen K. Carr, Esq.  
6057 Schlentz Hill Road  
Pipersville, PA 18947

Eric C. Howard, Esq.  
WILSON, HALBROOK & BAYARD  
107 W. Market Street  
P.O. Box 690  
Georgetown, DE 19947  
Attorney for Delmarva Towing & Salvage a/k/a Southern Delaware Towing and Storage

James W. Bartlett, III, Esq.  
SEMMES, BOWEN & SEMMES  
250 W. Pratt Street, 16th Floor  
Baltimore, MD 21201  
Attorney for Delmarva Towing & Salvage a/k/a Southern Delaware Towing and Storage

**RAWLE & HENDERSON LLP**

/s/ William J. Cattie, III  #953  
William J. Cattie, III, Esq. – ID # 953  
300 Delaware Avenue, Suite 1015  
P. O. Box 588  
Wilmington, DE 19899-0588  
302-778-1200  
Attorney for Defendant/Third Party Plaintiff Boat America Corporation

2174200-1