## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| HOWARD LEVEY, JOHN and SUSAN L. WALTER, h/w, and ALLSTATE INSURANCE COMPANY, | ) ) ) ) | CIVIL ACTION IN ADMIRALTY |
| Plaintiffs | ) ) | C.A. No. 06-510JJF |
| v. | ) ) | |
| DELAWARE BAY LAUNCH SERVICE, INC., | ) ) | |
| Defendant | ) ) | |
| and BOAT AMERICA CORPORATION, | ) ) ) | |
| Defendant and Third Party Plaintiff | ) ) | |
| against SOUTHERN DELAWARE TOWING & SALVAGE, INC., | ) ) ) ) | |
| Third Party Defendant | **)** ) | |

### NOTICE OF DEPOSITIONS

**To:    Michael B. McCauley, Esquire**
**Palmer Biezup & Henderson, LLP**
**1223 Foulk Road**
**Wilmington, DE  19803**

PLEASE TAKE NOTICE that, pursuant to Rule 26 of the Federal Rules of Civil

Procedure, Plaintiffs will take the depositions upon oral examination of the following

employees of Defendant Delaware Bay Launch, Inc. at the office of Oberly, Jennings &

Rhodunda, 1220 Market Street, Suite 710, Wilmington, Delaware 19899:

Brian Barker   December 10, 2007 at 10:30 a.m.

David Brown  December 10, 2007 at 2:00 p.m.

-2-

You are invited to attend the depositions and participate.

**OBERLY, JENNINGS & RHODUNDA**

By: _Charles M. Oberly_
        **Charles M. Oberly, III (ID 743)**
        **1220 Market Street, Suite 710**
        **P. O. Box 2054**
        **Wilmington, DE  19899**
        **302/576-2000**
        **302/576-2004 (fax)**
        **coberly@ojlaw.com**
        **Attorney for Plaintiffs**

Dated: November 20, 2007

## CERTIFICATE OF SERVICE

I hereby certify that on November 20, 2007, I served the foregoing Notice of Depositions on the following counsel:

Michael B. McCauley, Esq.
Palmer Biezup & Henderson
1223 Foulk Road
Wilmington, DE 19803

Eric C. Howard, Esq.
Wilson, Halbrook & Bayard
107 Market Street
P. O. Box 690
Georgetown, DE 19947

James W. Bartlett, III, Esq.
Alexander M. Giles, Esq.
Semmes, Bowen & Semmes
250 W. Pratt Street, 16th Flr.
Baltimore, MD 21201

William J. Cattie, III, Esq.
300 Delaware Avenue, Ste. 1015
P. O. Box 588
Wilmington, DE 19899-0588

Stephen K. Carr, Esq.
6057 Schlentz Hill Road
Pipersville, PA 18947

**OBERLY, JENNINGS & RHODUNDA**

**By:** _____
**Charles M. Oberly, III (ID 743)**
**1220 Market Street, Suite 710**
**P. O. Box 2054**
**Wilmington, DE 19899**
**302/576-2000**
**302/576-2004 (fax)**
**coberly@ojlaw.com**
**Attorney for Plaintiffs**

**Date:  November 20, 2007**