IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------------x
Howard Levey, John and Susan L. Walter, h/w    :    CIVIL ACTION
and                                             :    IN ADMIRALTY
Allstate Insurance Company,                     :
                    Plaintiffs,       :    No. 06-510
   v.                                           :
                                          :
Boat America Corporation,                       :
and                                             :
Delaware Bay Launch Service, Inc.,              :
                    Defendants.      :
                                          :
---------------------------------------------------------------x

## NOTICE OF SERVICE

      PLEASE TAKE NOTICE that on March 6, 2008, copies of Defendant, Delaware Bay Launch Service, Inc.'s Response to Plaintiffs' Second Request for Production of Documents were served upon the following counsel of record via E-Mail:

Charles M. Oberley, III, Esq.
1220 Market Street, Suite 710
PO Box 2054
Wilmington, DE  19899-2054

William J. Cattie, Esq.
300 Delaware Avenue, Suite 1015
PO Box 588
Wilmington, DE 19899-0588

Eric C. Howard, Esq.
Wilson, Halbrook & Bayard
107 Market Street
Georgetown, DE  19947

Stephen K. Carr, Esq.
6057 Schlentz Hill Road
Pipersville, PA 18947

James W. Bartlett, III, Esq.
Alexander M. Giles, Esq.
Semmes, Bowen & Semmes
250 W. Pratt St., 16th Floor
Baltimore, MD  21201

PBH: 188587.2

-1-

PALMER BIEZUP & HENDERSON LLP

By: *Michael B. McCauley*
Michael B. McCauley (ID 2416)
1223 Foulk Road
Wilmington, DE 19803
302 594 0895
302 478 7625 (fax)
mccauley@pbh.com
Attorneys for Delaware Bay Launch Service, Inc.