### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| HOWARD LEVEY, JOHN and SUSAN L. WALTER, h/w, and ALLSTATE INSURANCE COMPANY | ) ) ) ) | |
| Plaintiffs | ) ) | C.A. No. 06-510JJF |
| v. | ) ) | |
| DELAWARE BAY LAUNCH SERVICE, INC. | ) ) | |
| Defendant | ) | |
| and BOAT AMERICA CORPORATION | ) ) ) | |
| Defendant and Third Party Plaintiff | ) ) | |
| against SOUTHERN DELAWARE TOWING & SALVAGE, INC. | ) ) ) ) | |
| Third Party Defendant | **)** ) | |

### Notice of Deposition

**To:   Eric C. Howard, Esquire**
**Wilson, Halbrook & Bayard**
**107 Market Street**
**Georgetown, DE 19947**

PLEASE TAKE NOTICE that, pursuant to Rule 26 of the Federal Rules of Civil Procedure, Plaintiffs will take the deposition upon oral examination of Third Party Defendant Southern Delaware Towing and Salvage, Inc., a/k/a Delmarva Towing and Salvage, Inc., by its president

-2-

Clarke Droney on April 11, 2008 at 10:00 a.m. at the office of Wilson, Halbrook & Bayard, P.A., 107 Market Street, Georgetown, Delaware 19947.

You are invited to attend the depositions and participate.

                OBERLY, JENNINGS & RHODUNDA

*Charles M. Oberly, III*
By:_____
      Charles M. Oberly, III (ID 743)
      1220 Market Street, Suite 710
      Wilmington, DE 19801
      302/576-2000
      302/576-2004 (fax)
      coberly@ojlaw.com

*Stephen K. Carr*

_____
Stephen K. Carr
6057 Schlentz Hill Road
Pipersville, PA 18947
215/766 0642

Dated:  March 31, 2008         Attorneys for Plaintiffs

## **CERTIFICATE OF SERVICE**

        I hereby certify that on March 31, 2008, I served the foregoing Notice of Deposition, by e-mail and U.S. Mail on the following counsel:

| | |
|---|---|
| Michael B. McCauley, Esquire<br>Palmer Biezup & Henderson<br>1223 Foulk Road<br>Wilmington, DE 19803 | Eric C. Howard, Esquire<br>Wilson, Halbrook & Bayard<br>107 Market Street<br>P. O. Box 690<br>Georgetown, DE 19947 |
| James W. Bartlett, III, Esquire<br>Alexander M. Giles, Esquire<br>Semmes, Bowen & Semmes<br>250 W. Pratt St., 16th Flr.<br>Baltimore, MD  21201 | William J. Cattie, III, Esquire<br>300 Delaware Avenue, #1015<br>P. O. Box 588<br>Wilmington, DE 19899-0588 |

        OBERLY, JENNINGS & RHODUNDA

         *Charles M. Oberly, III*
By:_____
        Charles M. Oberly, III (ID 743)
        1220 Market Street, Suite 710
        Wilmington, DE 19801
        302/576-2000
        302/576-2004 (fax)
        coberly@ojlaw.com