IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| HOWARD LEVEY, JOHN and SUSAN L. WALTER, h/w, and ALLSTATE INSURANCE COMPANY,<br>    Plaintiffs,<br><br>v.<br><br>DELAWARE BAY LAUNCH SERVICE, INC.<br>    Defendant,<br>and BOAT AMERICA CORPORATION,<br>    Defendant/Third-Party Plaintiff,<br><br>v.<br><br>SOUTHERN DELAWARE TOWING & SALVAGE, INC.<br>    Third-Party Defendant. | )<br>)<br>) C.A. NO. 06-510 JJF<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## STIPULATION

It is hereby stipulated and agreed among the various parties subject to approval of the Court the Rule 16(b) Scheduling Order be extended as follows:

4.   Discovery.

   e.   Reports from retained experts are due from Defendants by August 8, 2008.

7.   Case Dispositive Motions.

Any case dispositive motions shall be served and filed with an opening brief on or before September 8, 2008.

**[SIGNATURES ON NEXT PAGE]**

2469710-1

| | |
|---|---|
| **RAWLE & HENDERSON LLP** | **WOLFBLOCK** |
| | |
| */s/ William J. Cattie, III  #953* | */s/ Charles M. Oberly, III  #743* |
| William J. Cattie, Esq. - ID # 953 | Charles M. Oberly, III, Esq. - ID #743 |
| 300 Delaware Avenue, Suite 1015 | Wilmington Trust Center, Suite 1001 |
| P.O. Box 588 | 1100 N. Market Street |
| Wilmington, DE 19899-0588 | Wilmington, DE 19801 |
| Attorney for Defendant/Third-Party | Attorney for Plaintiffs, Howard Levey, |
| Plaintiff, Boat America Corporation | John and Susan L. Walter, h/w, and |
| | Allstate Insurance Company |
| | |
| **PALMER BIEZUP & HENDERSON** | **WILSON, HALBROOK & BAYARD** |
| | |
| */s/ Michael B. McCauley  #2416* | */s/ Eric C. Howard  #2066* |
| Michael B. McCauley, Esq. – ID #2416 | Eric C. Howard, Esq. – ID #2066 |
| 1223 Foulk Road | 107 Market Street |
| Wilmington, DE 19803 | P.O. Box 690 |
| Attorney for Defendant Delaware Bay | Georgetown, DE 19947 |
| Launch Services, Inc. | Attorney for Delmarva Towing & Salvage |
| | a/k/a Southern Delaware Towing and |
| | Storage, Inc. |