## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

HOWARD LEVEY, et al.      :
                        :
          Plaintiffs   :
                        :     Civil Action No. 06-510 JJF
v.                       :
                        :
                        :
BOAT AMERICA CORP.,   :
and                        :
DELAWARE BAY LAUNCH :
SERVICE, INC.         :
                        :
         Defendants  :

## PLAINTIFFS' REQUEST FOR ADMISSIONS

Plaintiffs, by their attorneys, Charles M. Oberly, III, Esq. and Stephen K, Carr, Esq., pursuant to Rule 36 of the Federal Rules of Civil Procedure, request that Defendant Delaware Bay Launch Service, Inc. (DBL) admits to the truth of the following matters:

1.    Prior to April 22, 2005, Tow BoatU.S. assigned DBL as its Cedar Creek, Delaware Responder.

2.    Prior to April 22, 2005, Tow BoatU.S. identified DBL as its Cedar Creek Delaware Responder in its website.

3.     Prior to April 22, 2005, Tow BoatU.S. assigned DBL with Tower

Code Number WT10499A.

4.     Prior to April 22, 2005, DBL was doing business under the Tow

BoatU.S. service mark.

5.     Prior to April 22, 2005, DBL was paid directly by Tow BoatU.S.

for towing and ungrounding services performed for the latter's

members.

6.     Prior to April 22, 2005, Defendant DBL maintained a website

homepage containing reference to the relationship between

Defendant DBL and Tow BoatUS.

7.     The document attached hereto as Exhibit A is a true and accurate

copy of the Salvage Invoice # 35345, dated April 26, 2005,

submitted to Plaintiff Howard Levey for work performed by DBL

on his boat, Seas the Day 2 ("the boat").

8.     DBL charged Plaintiff Howard Levey for 4 hours work performed

on the boat by a diver at $150 per hour.

9.     DBL did not employ a certificated diver on its staff.

10.    DBL did not hire or retain a certificated diver to perform work on

the boat on behalf of Plaintiff Howard Levey.

11.    DBL did not own or operate a "20' ops vessel" on April 22 or

April 23, 2005.

12.    DBL charged Plaintiff Howard Levey for 4 hours work performed

on the boat by a "20'ops vessel".

13.    DBL did not hire or charter a "20' ops vessel" to work on the boat

on either April 22 or April 23, 2005.

14.    DBL charged Plaintiff Howard Levey $1,462.50 for "6.5 hours"

work performed on the boat by Towboat m/v Breakwater.

15.    A portion of the 6.5 hours charged for the Towboat m/v

Breakwater's work on the boat took place on April 22, 2005.

16.    DBL responded to a call for assistance from Marvin Kahl on the

afternoon of April 22, 2005.

17.    DBL's Towboat m/v Breakwater performed towing service for

Marvin Kahl of Cedar Creek Marina sometime after 1700 hours on

the afternoon of April 22, 2005.

18.    In the late afternoon of April 22, 2005, DBL's Towboat m/v

Breakwater towed a boat containing Marvin Kahl and others from

an area on the north side of the Mispillion Jetty to the Cedar Creek

Marina.

19.    DBL did not charge Marvin Kahl or Cedar Creek Marina for the

       towing assistance it performed for Marvin Kahl on the afternoon of

       April 22, 2005.

20.    DBL did charge Marvin Kahl or Cedar Creek Marina for the

       towing assistance it performed for Marvin Kahl on the afternoon of

       April 22, 2005.

21.    DBL's Towboat m/v Breakwater provided no assistance to

       Plaintiff Howard Levey on the afternoon of April 22, 2005.



*Charles M. Oberly, III*

_____
Charles M. Oberly, III, Esq. (ID 743)
WolfBlock LLP
1100 N. Market Street, Suite 1001
Wilmington, DE  19801
302/777-6930
302/778-7905 (fax)
coberly@wolfblock.com



*Stephen K. Carr*

_____
Stephen K. Carr, Esq.
6057 Schlentz Hill Road
Pipersville, PA 18947
(215) 766-0642

Dated:  August 1, 2008                    Attorneys for Plaintiffs

## CERTIFICATE OF SERVICE

I hereby certify that on August 1, 2008, I served the foregoing Plaintiffs' Request for Admissions, by e-mail and U.S. Mail on the following counsel:

Michael B. McCauley, Esquire
Palmer Biezup & Henderson
1223 Foulk Road
Wilmington, DE 19803

Eric C. Howard, Esquire
Wilson, Halbrook & Bayard
107 Market street
P. O. Box 690
Georgetown, DE 19947

James W. Bartlett, III, Esquire
Alexander M. Giles, Esquire
Semmes, Bowen & Semmes
250 W. Pratt St., 16th Flr.
Baltimore, MD 21201

William J. Cattie, III, Esquire
300 Delaware Avenue, #1015
P. O. Box 588
Wilmington, DE 19899-0588

*Charles M. Oberly, III*

_____
Charles M. Oberly, III, Esq. (ID 743)
WolfBlock LLP
1100 N. Market Street, Suite 1001
Wilmington, DE 19801
302/777-6925
302/778-7905 (fax)
coberly@wolfblock.com