IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| Howard Levey, John and Susan L. Walter, h/w, and Allstate Insurance Company,<br><br>               Plaintiffs,<br><br>   v.<br><br>Delaware Bay Launch Service, Inc.,<br><br>               Defendant,<br>and<br>Boat America Corporation,<br><br>               Defendant/Third-Party Plaintiff,<br><br>   v.<br><br>Southern Delaware Towing & Salvage, Inc.,<br><br>               Third-Party Defendant. | C.A.1:06-cv-510 JJF |

## ORDER

The Court, having entered the parties' Amended Rule 16 Scheduling Order in the above-captioned matter,

IT IS HEREBY ORDERED that:

1) Any case dispositive motions shall be served and filed with an opening brief on or before November 7, 2008;

2) A Pre-Trial Conference will be held on December _i_, 2008, at 11:00 Am in Courtroom No. 4B on the 4th Floor of the Caleb Boggs Federal Building, Wilmington, Delaware. The Federal Rules of Civil Procedure and Rule 16.3 of the Local Rules of Civil

WIL:125877.1/LEV375-831019

Practice for the United States District Court for the District of Delaware (amended effective June 30, 2007) shall govern the Pre-Trial Conference;

       3)     Trial will be scheduled at the Pre-trial Conference to commence within 120 days of the Pre-trial Conference. Counsel should be available during the 120-day period for trial.

August 27, 2008

                                            */s/ Joseph J. Farnan, Jr.*
                                            The Honorable Joseph J. Farnan, Jr.
                                            United States District Court of Delaware