IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

------------------------------------------------------------x
HOWARD LEVEY, *et al.*,                            :
                                                   :
         Plaintiffs,                     :
  v.                                               :   CIVIL ACTION No. 06-510 JJF
                                                   :
BOAT AMERICA CORP.,                                :
DELAWARE BAY LAUNCH SERVICE, INC.,                 :
         Defendants.                     :
------------------------------------------------------------x

**NOTICE OF SERVICE**

     PLEASE TAKE NOTICE that on August 29, 2008, copies of Delaware Bay Launch Service, Inc.'s Response to Plaintiffs' Request for Admissions were served upon the following counsel of record via e-mail:

Charles M. Oberley, III, Esq.
1220 Market Street, Suite 710
P.O. Box 2054
Wilmington, DE   19899-2054

Stephen K. Carr, Esq.
6057 Schlentz Hill Road
Pipersville, PA 18947

James W. Bartlett, III, Esq.
Alexander M. Giles, Esq.
Semmes, Bowen & Semmes
250 W. Pratt Street, 16th Floor
Baltimore, MD 21201

William J. Cattie, Esq.
300 Delaware Avenue, Suite 1015
P.O. Box 588
Wilmington, DE 19899-0588

Eric C. Howard, Esq.
Wilson, Halbrook & Bayard
107 Market Street
P.O. Box 690
Georgetown, DE 19947

                         PALMER BIEZUP & HENDERSON LLP

                         By:  /s/ Michael B. McCauley
                              Michael B. McCauley (ID 2416)
                              1223 Foulk Road
                              Wilmington, DE 19803
                              302 594 0895
                              302 478 7625 (fax)
                              mccauley@pbh.com
                              Attorneys for Delaware Bay Launch Service, Inc.

PBH: 198626.1